UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

---

MIKE BULAON, et al.,

    Plaintiffs,

vs.

GENERAL MOTORS, LLC,
ROBERT BOSCH GMBH, and
ROBERT BOSCH, LLC,

    Defendants.

Case No. 2:19-CV-13220-VAR-EAS

Honorable Victoria A. Roberts
Magistrate Judge Elizabeth A. Stafford

---

## NOTICE OF APPEARANCE

---

William R. Jansen of Warner Norcross + Judd, LLP hereby enters his appearance on behalf of Defendant Robert Bosch, LLC in the above-referenced matter.

WARNER NORCROSS + JUDD LLP

Date:  November 13, 2019

By: /s/ *William R. Jansen*
William R. Jansen (P36688)
2000 Town Center, Suite 2700
Southfield, Michigan 48075
Telephone 248-784-5022
Email: wjansen@wnj.com

*Attorneys for Defendant*
*Robert Bosch, LLC*

19241305

## CERTIFICATE OF SERVICE

    I, William R. Jansen, of Warner Norcross + Judd LLP, hereby certify that on November 13, 2019, I electronically transmitted the foregoing document via the Court's CM/ECF System, which will notify all counsel of record authorized to receive such filings.

                                                /s/ *William R. Jansen*
                                                William R. Jansen (P36688)
                                                Warner Norcross + Judd LLP
                                                2000 Town Center, Suite 2700
                                                Southfield, MI  48640
                                                (248) 784-5022
                                                wjansen@wnj.com